IRELL & MANELLA LLP
Jeffrey M. Reisner (SBN 143715)
jreisner@irell.com
Michael H. Strub, Jr. (SBN 153828)
mstrub@irell.com
Kerri A. Lyman (SBN 241615)
klyman@irell.com
Michael Sugar (SBN 262092)
msugar@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone:    (949) 760-0991
Facsimile:    (949) 760-5200

Reorganization Counsel for the Debtors
and Debtors-in-Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>☒ EMAK WORLDWIDE, INC., a Delaware corporation,<br><br>☐ EMAK WORLDWIDE SERVICE CORP., a Delaware corporation,<br><br>Debtor in Possession.<br><br>Robert J. Farina and Gryphon Promotions, Inc.,<br><br>Plaintiff,<br><br>vs.<br><br>Stephen P. Robeck and EMAK Worldwide, Inc.<br><br>Defendants. | Case No. 2:10-bk-42779<br><br>(Jointly Administered with Case No. 2:10-bk-42784)<br><br>Chapter 11 Proceeding<br><br>Adv. No. 2:10-ap-02743<br><br>**STATEMENT OF POSITION REGARDING IMPROPER REMOVAL IN VIOLATION OF AUTOMATIC STAY AND RESERVATION OF RIGHTS**<br><br>[No Hearing Required] |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

**TO THE HONORABLE RICHARD M. NEITER, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES IN INTEREST:**

EMAK Worldwide, Inc. ("EMAK") and EMAK Worldwide Service Corp. ("EMAK Service"), the jointly administered debtors and debtors-in-possession herein (the "Debtors"), submit to the Court the following statement of position and reservation of rights regarding the Notice of Removal filed with this Court on September 24, 2010 by Robert Farina and Gryphon Promotions, Inc., through their counsel, Jay Spillane of Spillane & Weingarten, in violation of the automatic stay.[1]

## I.

## BACKGROUND

On August 5, 2010, (the "Petition Date") the Debtors filed voluntary petitions in this Court for relief under chapter 11 of the Bankruptcy Code. On August 11, 2010, this Court entered its order authorizing joint administration of the Debtors' cases. The Debtors continue to manage and operate their businesses as debtors in possession pursuant to Bankruptcy Code sections 1107 and 1108.

On August 31, 2010, the United States Trustee appointed the Official Committee of Unsecured Creditors (the "Committee"). No trustee or examiner has been appointed in these chapter 11 cases.

## II.

## STATEMENT OF FACTS

In 2009, Committee member Donald Kurz and others, filed an action titled as *Kurz et al. v. Robeck et al.*, LASC BC 422808 ("CA Action"), in Los Angeles Superior Court.

The action was principally a derivative action in which the plaintiffs alleged that EMAK's directors and one officer breached their fiduciary duties towards EMAK and its stockholders, causing damage to EMAK.

---

[1] The Debtors take no position at this time on whether removal of the underlying litigation would be appropriate if done in the proper manner by a proper party.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 2 -

The Superior Court sustained EMAK's demurrers as to the Original Complaint and directed the filing of a First Amended Complaint.

In June 2010, plaintiffs filed a First Amended Complaint, which eliminated non-derivative claims, named additional defendants, eliminated all original plaintiffs other than Robert J. Farina, and added Gryphon Promotions, Inc. as a new plaintiff, causing the Civil Action to be re-styled as *Farina et al. v. Robeck et al.*, LASC BC 422808. On July 20, 2010, the Superior Court sustained EMAK's demurrer to the First Amended Complaint giving plaintiffs' counsel one last opportunity to amend.

On July 29, 2010, the Plaintiffs filed a Second Amended Complaint. As of the Petition Date, EMAK had not responded to the Second Amended Complaint. All of the claims alleged in the Second Amended Complaint are derivative claims.

On September 24, 2010, Plaintiffs filed the Notice of Removal purporting to remove the CA Action to this Court.

## III.

## PLAINTIFFS' PURPORTED REMOVAL VIOLATED THE AUTOMATIC STAY AND IS VOID

When a corporation files for bankruptcy, any existing derivative actions become assets of the bankruptcy estate. In re Greenwood Supply Co., 295 B.R. 787, 794-795 (Bankr. D. SC 2002). The shareholders previously prosecuting the suit lose control and the debtor-in-possession acquires the exclusive right to prosecute the action. Skolnick v. Atlantic Gulf Communities Com. (In re Gen. Dev. Corn.), 179 B.R. 335, 338-339 (S.D. Fla. 1995). As property of the estate, the automatic stay enjoins "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate." 11 U.S.C. § 362(a)(3). Actions taken in violation of the stay are void. Griffin v. Wardrobe (In re Wardrobe), 559 F.3d 932, 934 (9th Cir. 2009).

The Plaintiffs, by filing the notice of removal, exercised control over the CA Action, violating the automatic stay. Because the purported removal violated the stay, it is void.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3
- 3 -

## IV.

## RESERVATION OF RIGHTS

EMAK hereby reserves all rights in connection with the Notice of Removal and takes no position at this time on whether removal of the CA Action would be appropriate if done in the proper manner by a proper party.

Dated: October 5, 2010

                                        IRELL & MANELLA LLP

                                        By: */s/ Kerri A. Lyman*
                                              Jeffrey M. Reisner
                                              Kerri A. Lyman
                                        Reorganization Counsel for Debtor
                                        and Debtor-in-Possession

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 4 -

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **STATEMENT OF POSITION REGARDING IMPROPER REMOVAL IN VIOLATION OF AUTOMATIC STAY AND RESERVATION OF RIGHTS** will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On October 5, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On October 5, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 5, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

CAUSED TO BE SERVED VIA PERSONAL DELIVERY/MESSENGER
Chambers of Honorable Richard Neiter
Edward R. Roybal Federal Bldg., Courtroom 1645
255 E. Temple Street
Los Angeles, CA 90012

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/5/10 | Leslie Wolchuck | /s/ Leslie Wolchuck |
|---|---|---|
| Date | Type Name | Signature |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 5 -

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Ron Bender    rb@lnbrb.com
- Russell Clementson    russell.clementson@usdoj.gov
- Daniel Denny    ddenny@gibsondunn.com
- Joseph A Eisenberg    jae@jmbm.com
- John-patrick M Fritz    jpf@lnbrb.com
- Irving M Gross    img@lnbrb.com, angela@lnbrb.com
- Kerri A Lyman    klyman@irell.com
- David L. Neale    dln@lnbrb.com
- Justin E Rawlins    jrawlins@winston.com, docketla@winston.com
- Jeffrey M. Reisner    jreisner@irell.com
- Jeffrey Rosenfeld    jeffrey.rosenfeld@bingham.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

**SERVED VIA FIRST-CLASS MAIL**

<u>Debtors</u>
EMAK Worldwide
Attn: Teresa Tormey
6330 San Vicente Blvd.
Los Angeles, CA 90048

Jay M Spillane
Spillane Weingarten LLP
1100 Glendon Ave Ste 1200
Los Angeles, CA 90024-3516

**COMMITTEE MEMBERS**

<u>Committee Member</u>
Donald Kurz
c/o Diamond Capital Ptrs
2049 Century Park East, Suite 350
Los Angeles, CA 90067

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 6 -

1  Committee Member
   Bouchard Margules & Friedlander PA
2  Attn: J. Friedlander, Esq.
   222 Delaware Ave, Suite 1400
3  Wilmington, DE 19801

4  Committee Member
   Luce Forward Hamilton, et al
5  Attn: John C. Kirkland, Partner
   601 S. Figueroa St., Suite 3900
6  Los Angeles, CA 90017

7  Committee Member
   Michael Sanders
8  1281 Keats Street
   Manhattan Beach, CA 90266
9

10 Counsel for Official Committee
   Ron Bender, Esq.
11 David Neale, Esq.
   Irv Gross, Esq.
12 John-Patrick Fritz, Esq.
   Levene, Neale, Bender, Yoo & Brill
13 10250 Constellation Blvd., Ste. 1700
   Los Angeles, CA 90067
14

   Committee Member
15 Hudson Capital Advisors, LC
   Attn: Bruce L. Raben, President
16 9601 Wilshire Blvd., Penthouse
   Beverly Hills, CA 90210
17

18
   Attys for Defendants Stephen P. Robeck, James Holbrook
19 Jordan H. Rednor, Howard D. Bland, Debra Fine, Daniel O'Connor,
   Alfred Osborne, Jr., and Barrie Berg
20 Thad A. Davis, Esq.
   Michael Li-Ming Wong, Esq.
21 Sarah Zenewicz, Esq.
22 Ropes & Gray LLP
   Three Embarcadero Center, 3rd Floor
23 San Francisco, CA 94111-4006

24
   State Court Attorneys for Nominal
25 Charles W. Cox, Esq.
26 Russell F. Sauer, Esq.
   Latham & Watkins LLP
27 355 South Grand Avenue
   Los Angeles, CA 90071-1560
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 7 -

1  <u>Attorneys for Crown EMAK Partners, LLC & Peter Ackerman</u>
2  Jeremy W, Stamelman, Esq.
   Gibson, Dunn & Crutcher LLP
3  333 South Grand Avenue
   Los Angeles, CA 90071-3197
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

STATEMENT OF POSITION REGARDING IMPROPER
REMOVAL IN VIOLATION OF AUTOMATIC STAY
AND RESERVATION OF RIGHTS
2313871.3

- 8 -